Patrick Hickey, Respondent, v. Oswego Street Railway Company, Appellant.— Judgment and order reversed and a new trial ordered, with costs to abide the event. Held, (1) it

was error to receive proof of injury to Cooper and payment of moneys to him. (2) To receive proof of discharge of motorman or that in effect. (3) It was error to refuse to charge the fifth request.